## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JONATHON HINOTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 17-00188-KD-MU** |
| | ) | |
| **IVAN LOPEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

In accordance with the Order issued in this case (Doc. 45), it is **ORDERED, ADJUDGED** and **DECREED** that all of the Plaintiff's claims against Defendant Ivan Lopez are **DISMISSED**.

The Clerk of the Court is **DIRECTED** to serve the Plaintiff with a copy of this Final Judgment at jonathonhinote@gmail.com.

**DONE** and **ORDERED** this the **7th** day of **September 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**